[Nos. 24758-5-II; 24761-5-II. Division Two. December 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY S. SHAW III, *Appellant*.

Appeals from judgments of the Superior Court for Mason County, Nos. 99-1-00070-6 and 99-1-00083-8, James B. Sawyer II, J., entered June 3, 1999. *Reversed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 24720-8-II. Division Two. December 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE McLAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04708-1, Marywave Van Deren, J., entered April 26, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 24628-7-II. Division Two. December 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY L. MAPLES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-01541-0, Karen B. Conoley, J., entered April 30, 1999. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J.; Hunt, J., dissenting.

[No. 23280-4-II. Division Two. December 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ANTHONY SIRIANI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-02626-3, Karen L. Strombom, J., entered April 7, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Houghton, J.